NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000669
31-AUG-2017
08:22 AM**

NO. CAAP-15-0000669

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JAMES H. PFLUEGER, Plaintiff-Appellant, v.
CHARLES ALAN PFLUEGER; CHARLES ALAN PFLUEGER as trustee
of the CHARLES ALAN PFLUEGER REVOCABLE LIVING TRUST;
PFLUEGER, INC., a Hawaii corporation, Defendants-Appellees,
and
DOE DEFENDANTS 1-100, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(SPECIAL PROCEEDING NO. 14-1-0159)

ORDER APPROVING THE AUGUST 17, 2017
STIPULATION FOR DISMISSAL OF DOCKETED APPEAL
(By: Nakamura, Chief Judge, and Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of Docketed Appeal filed on August 17, 2017 and the record, it appears that (1) the stipulation is dated and signed by counsel for all parties; (2) the parties seek to dismiss the appeal pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b); and (3) the parties agree to bear their own costs and fees.

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal of Docketed Appeal is approved and the appeal is dismissed with prejudice. Each party shall bear their own costs and fees.

DATED: Honolulu, Hawaiʻi, August 31, 2017.

Chief Judge

Associate Judge

Associate Judge